Gordon v. Watson Solar Window Co., 185 Ill. App. 575.

---

**Robert Gordon, Plaintiff in Error, v. Watson Solar Window Company, Defendant in Error.**

**Gen. No. 19,115.   (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. HARRY C. MORAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Reversed and judgment here. Opinion filed March 31, 1914.

## Statement of the Case.

Action by Robert Gordon against Watson Solar Window Company to recover for labor and materials furnished in repairing a heating plant at the request of defendant through its president. To reverse a judgment in favor of defendant, plaintiff brings error.

ALDEN, LATHAM & YOUNG, for plaintiff in error; CHARLES MARTIN, of counsel.

BELL & CROSS, for defendant in error.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

## Abstract of the Decision.

ASSUMPSIT, ACTION OF, § 65*—*when company liable for work and materials furnished on its request.* In an action against a company to recover for labor and materials furnished in repairing a heating plant in a building occupied by it, at the request of the defendant through its president, *held* that the evidence was sufficient to show that the defendant was liable, and a judgment in favor of defendant was reversed.